SM

# Before the Honorable Deputy Clark
# United States District Court
### for the Northern District of Illinois.

FILED
OCT 22 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Roor International Inc.BV and Sream.Inc.

**PLAINTIFF(S)**
V.

Civil Action NO.19-CV-5027

**LAKEVIEW TOBACCO INC/ LAKEVIEW SMOKE SHOP and ZEB K KHAN**

Defendant(s)

## SUMMONS IN A CIVIL ACTION

Dear sir,
In response to the above SUMMON IN A CIVIL ACTION I have to submit that I have undergone Colon Cancer surgery on 5th of September 2019 and I have been asked by my Surgeon/ Doctor to take complete rest and do not indulge in any activity till I have recovered the surgery wound fully, to avert any kind of complications because it was a major Surgery.

In view of the above facts you are therefore requested to please keep this case in abeyance for at least 6 months. I hope to recover by this time and face the unwanted claim.
Thanking you
Sincerely yours
For Lakeview Tobacco Inc.
Lakeview Smoke Shop

Zeb K Khan

Dated. October 17, 2019

Copy to:-
Christopher V. Langone
Langone, Johnson & Cassidy
17 N. Wabash Ave., Ste 500
Chicago Il 60602