IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
**Case Number: 19-cv-05027 (Judge Valderrama)**

ROOR INTERNATIONAL BV and
SREAM INC.,
              Plaintiffs,

LAKE VIEW SMOKE SHOP and ZEB K. KHAN,

              Defendants.
_____/

**MOTION TO ENTER DEFAULT JUDGMENT AGAINST ZEB K. KHAN**

1. On November 13, 2020, this Court denied Plaintiff's Motion for Default Judgment without prejudice because no proof of compliance with the Servicemembers Civil Relief Act was attached.

2. On December 15, 2020, Plaintiffs filed a copy of a Status Report Pursuant to Servicemembers Civil Relief Act.

3. For the reasons stated in the memorandum in support of Default Judgment, Plaintiffs respectfully request that this Court enter default judgment against Zeb K. Khan.

WHEREFORE, Plaintiffs request that this Court enter judgment in favor of Plaintiffs against Defendant Zeb K. Khan in the amount of $30,400.

              Respectfully Submitted

              /s/ Mark T. Lavery
              One of Plaintiffs' Attorneys

Mark T. Lavery
15774 LaGrange Ave.
Orland Park, IL 60462
312-796-7550
laverylawyer@gmail.com